No. ——. HOUSTON INDEPENDENT SCHOOL DISTRICT *v.* ROSS ET AL. The application for a stay of the judgment of the United States District Court for the Southern District of Texas presented to MR. JUSTICE BLACK, and by him referred to the Court, is denied. *Joe H. Reynolds* and *Fentress Bracewell* for applicant.

No. ——. ORLEANS PARISH SCHOOL BOARD ET AL. *v.* BUSH ET AL.; and

No. ——. DAVIS, GOVERNOR OF LOUISIANA, ET AL. *v.* WILLIAMS ET AL. The application for a stay of the temporary injunction of the United States District Court for the Eastern District of Louisiana is denied. *Jack P. F. Gremillion,* Attorney General, for the State of Louisiana. *Thurgood Marshall, Constance Baker Motley* and *A. P. Tureaud* for Bush et al. Reported below: 187 F. Supp. 42.

No. ——. BUSH ET AL. *v.* ORLEANS PARISH SCHOOL BOARD. The motion to vacate the order of the United States District Court for the Eastern District of Louisiana of August 31, 1960, is denied. *Thurgood Marshall, A. P. Tureaud* and *Constance B. Motley* for movants. *Lloyd J. Rittiner* and *James F. Redmond* for respondent.